IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HECTOR MONTERO ENCARNACION<br>Debtor(s) | CASE NO. 10-07586 (BKT)<br><br>CHAPTER 13 |
| FIRSTBANK PUERTO RICO<br>Movant<br>v.<br>HECTOR MONTERO ENCARNACION<br>JOSE RAMON CARRION MORALES,<br>CHAPTER 13 TRUSTEE<br>Respondent(s) | 11 USC 362 (d)<br><br>Request for relief from stay |

To the above named respondent(s):

You are hereby notified that on **OCT 27 2010** the above movant filed a Motion Seeking Relief from the Automatic Stay under 11 USC 362 (d).

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but no later than seven (7) days after the service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney, Carlos R. Hernandez-Vivoni, whose address is AMERICAN AIRLINES BUILDING 1509 LOPEZ LANDRON 10TH FLOOR, SAN JUAN PR 00911.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then **NOV 2 2 2010** at **9:00** a.m./p.m. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., 300 Recinto Sur St., **3RD** Floor, Courtroom **3**, Old San Juan, PR, is fixed as the time and place for the preliminary and/or final hearing on such motion.

DATE OF ISSUANCE: **OCT 28 2010**

CELESTINO MATTA-MENDEZ, CLERK
UNITED STATES BANKRUPTCY COURT

By: [signature]